RENE L. VALLADARES
 Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 East Bonneville Ave, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for:
PHILLIP GORDON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>PHILLIP GORDON,<br><br>              Defendant. | **2:11-CR-258-KJD-PAL**<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND PROPOSED ORDER** |

COMES NOW, the defendant, PHILLIP GORDON, by and through his counsel, Nisha Brooks-Whittington, Assistant Federal Public Defender, files this Unopposed Motion to Modify Conditions of Pretrial Release to permit travel to San Diego, California, Saturday August 18, 2012 returning by midnight Sunday, August 19, 2012. This request is based upon the following points and authorities.

DATED this 17th day of August, 2012.

                Respectfully Submitted,

                RENE L. VALLADARES
                Federal Public Defender

                /s/ Nisha Brooks-Whittington
                _____
                NISHA BROOKS-WHITTINGTON
                Assistant Federal Public Defender

**POINTS AND AUTHORITIES**

Mr. Phillip Gordon ("Mr. Gordon") was released on a Personal Recognizance Bond February 29, 2012 with Pretrial Release Conditions restricting him to travel within the state of Nevada. Since that time, he has remained in compliance with his pretrial release conditions. He plays for the Las Vegas Trojans football team and the team will be traveling to San Diego, California tomorrow for an out of town game.

Mr. Gordon respectfully requests this Court to modify the terms of his Pretrial Release to allow him to travel to San Diego, California Saturday, August 18, 2012, for the purpose of fulfilling his commitment and obligation to the team.

Mr. Gordon has demonstrated through his period of supervision with Pretrial Release and pre-trial services that he is capable of abiding by the law. Undersigned counsel spoke with Pretrial Services Officer, Samira Barlow and she indicated that Mr. Gordon is employed and complies with all of his conditions of release. Ms. Barlow does not oppose this request.

Undersigned counsel also contacted Assistant United States' Attorney, Phillip N. Smith Jr., who does not object to the requested modification.

**CONCLUSION**

For the reasons stated above, the undersigned respectfully requests that this Court allow Mr. Gordon to travel to San Diego, California and return the following day.

Respectfully submitted,

/s/ Nisha Brooks-Whittington

By:_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>PHILLIP GORDON,<br><br>         Defendant.. | **2:11-CR-258-KJD-PAL**<br>~~2:09-cr-00410-KJD-PAL~~<br><br>**ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE** |

Based on the Unopposed Motion to Modify Conditions of Pretrial Release, and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Unopposed Motion to Modify Conditions of Pretrial Release to permit travel to San Diego, California, on Saturday August 18, 2012 returning by midnight Sunday, August 19, 2012 is hereby GRANTED.

DATED:   August 39vj  , 2012.

_____
UNITED STATES OCI KUVTCVG'JUDGE

3